Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
email:  Scleidner@aol.com
State Bar of California #090387


Attorney for Plaintiff
SHEILA BAUER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.

WESTERN DIVISION


| | | |
|---|---|---|
| SHEILA BAUER | ) | CASE NO.:  CV 11 8805 SP |
| Plaintiff | ) | Order Awarding EAJA |
| | ) | Fees |
| vs. | ) | |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

        IT IS ORDERED that based upon the parties Stipulation for the Award

and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

attorney fees under EAJA in the amount of THIRTY-SEVEN HUNDRED

DOLLARS and 00/cents ($3,700.00), as authorized by 28 U.S.C. 2412(d), and

subject to the terms of the above-referenced Stipulation.


DATED:  January 2, 2013

                        _____/s/_____
                        SHERI PYM
                        UNITED STATES MAGISTRATE JUDGE